UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

FISERV SOLUTIONS, INC.,

    Plaintiff,

v.           Case No. 11-C-0603

WESTCHESTER FIRE INSURANCE COMPANY,
ENDURANCE AMERICAN SPECIALTY INSURANCE
COMPANY, XL SPECIALTY INSURANCE COMPANY,
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA, CONTINENTAL CASUALTY
COMPANY, ACE AMERICAN INSURANCE COMPANY,

    Defendants.

ORDER GRANTING JOINT MOTION TO DISMISS
DEFENDANTS WESTCHESTER FIRE INSURANCE COMPANY
AND ACE AMERICAN INSURANCE COMPANY (DOC. 98)

Based on the Joint Motion to Dismiss Defendants Westchester Fire Insurance Company and ACE American Insurance Company filed by the parties in this matter and the absence of any opposition by other parties to this case,

IT IS ORDERED that the motion (Doc. 98) is GRANTED and all claims and counterclaims between Fiserv Solutions Inc., Westchester Fire Insurance Company, and ACE American Insurance Company are dismissed with prejudice and without costs.

This dismissal is not intended to have any effect on the rights, claims, or defenses Fiserv may have vis-à-vis the remaining defendants Endurance, XL, National Union Fire, and Continental.

Dated at Milwaukee, Wisconsin, this 4th day of April, 2013.

        BY THE COURT

        /s/ C.N. Clevert, Jr.
        C.N. CLEVERT, JR.
        U.S. DISTRICT JUDGE