UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

---

FISERV SOLUTIONS, INC.,

    Plaintiff,

v.                                  Case No. 11-C-0603

ENDURANCE AMERICAN SPECIALTY
INSURANCE COMPANY, XL SPECIALTY
INSURANCE COMPANY, NATIONAL UNION
FIRE INSURANCE COMPANY OF PITTSBURGH PA,
and CONTINENTAL CASUALTY COMPANY,

    Defendants.

---

ORDER GRANTING IN PART AND DENYING IN PART MOTIONS IN LIMINE TO PRECLUDE TESTIMONY OF KOCHENBURGER (DOCS. 104, 105), GRANTING MOTIONS IN LIMINE TO PRECLUDE TESTIMONY OF NEWMAN (DOCS. 103, 107), AND GRANTING MOTIONS IN LIMINE TO PRECLUDE TESTIMONY OF LAVELLE (DOCS. 105, 107)

For reasons that will be set forth in a written decision that shall issue forthwith,

IT IS ORDERED that the motions in limine challenging the testimony of Peter Kochenburger (Docs. 104, 105) are granted in part and denied in part, the motions in limine challenging the testimony of Thomas Newman (Docs. 103, 107) are granted, and the motions in limine challenging the testimony of Paul Lavelle (Docs. 105, 107) are granted.

Dated at Milwaukee, Wisconsin, this 28th day of March, 2014.

                                                  BY THE COURT

                                                  /s/ C.N. Clevert, Jr.
                                                  C.N. CLEVERT, JR.
                                                  U.S. DISTRICT JUDGE