UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| FISERV SOLUTIONS, INC., | Case No. 2:11-CV-603-PP |
| Plaintiff, | |
| v. | |
| ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY, XL SPECIALTY INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, CONTINENTAL CASUALTY COMPANY, | |
| Defendants. | |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties through their respective counsel, that the above-captioned action is voluntarily dismissed, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with prejudice and without costs taxed against any party.

Date: December 19, 2017         MICHAEL BEST & FRIEDRICH LLP

*s/Daniel J. Vaccaro*
Daniel J. Vaccaro, SBN 1018037
Patricia Linn Jenness, SBN 1082658
100 East Wisconsin Avenue, Suite 3300
Milwaukee, WI 53202
Tel. (414) 271-6560
Fax (414) 277-0656
djvaccaro@michaelbest.com
pljenness@michaelbest.com

COVINGTON & BURLING LLP

Matthew J. Schlesinger
Benjamin J. Razi
Mark D. Herman
Tara A. Brennan
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tel. (202) 662-5581
Fax (202) 778-5581
mschlesinger@cov.com
brazi@cov.com
mherman@cov.com
tbrennan@cov.com

*Counsel for Plaintiff Fiserv Solutions, Inc.*

Date: December 19, 2017   ROPERS MAJESKI KOHN & BENTLEY

*s/Jung H. Park*
Geoffrey W. Heineman
Eric C. Weissman
Jung H. Park
750 3rd Avenue, 25th Floor
New York, NY 10017
Tel. (212) 668-5927
Fax (212) 668-5929
geoffrey.heineman@rmkb.com
eric.weissman@rmkb.com
jung.park@rmkb.com

SMITHAMUNDSEN LLC

Michael R. Vescio
Mark K. Longua
330 East Kilbourn Ave.
Suite 1100, Tower 1
Milwaukee, WI 53202-3170
Tel. (414) 282-7103
Fax (414) 847-6153
mvescio@salawus.com
mlongua@salawus.com

*Counsel for Endurance American Specialty Insurance Company (now a member of the Sompo International Companies)*

| | |
|---|---|
| Date:  December 19, 2107 | SKARZYNSKI BLACK |
| | *s/Alexis J. Rogoski* |
| | Alexis J. Rogoski |
| | Edward C. Carleton |
| | One Battery Plaza – 32nd Floor |
| | New York, NY  10004 |
| | Tel.  (212) 820-7700 |
| | Fax  (212) 820-7740 |
| | arogoski@skarzynski.com |
| | ecarleton@skarzynski.com |
| | |
| | KASDORF LEWIS & SWIETLIK SC |
| | |
| | Thomas Cabush |
| | 11270 W Park Pl. – 5th Floor |
| | Milwaukee, WI  53224-3639 |
| | Tel.  (414) 577-4027 |
| | Fax  (414) 577-4400 |
| | tcabush@kasdorf.com |
| | |
| | *Counsel for XL Specialty Insurance Company* |
| Date:  December 19, 2017 | DENTONS US LLP |
| | *s/Robert C. Johnson* |
| | Robert C. Johnson |
| | 233 S. Wacker Drive, Suite 5900 |
| | Chicago, IL  60606-6404 |
| | Tel.  (312) 876-8155 |
| | Fax  (312) 876-7934 |
| | robert.johnson@dentons.com |
| | |
| | *Counsel for National Union Fire Insurance Company of Pittsburgh, Pa.* |
| Date:  December 19, 2017 | KENNEDYS CMK LLP |
| | *s/Matthew J. Lodge* |
| | Matthew J. Lodge |
| | 120 Mountain View Blvd. |
| | Basking Ridge, NJ  07920 |
| | Tel.  (908) 848-6300 |
| | Fax  (908) 848-6310 |
| | mlodge@cmk.com |
| | |
| | *Counsel for Continental Casualty Company* |